No. 55577.—W. X. Huber Co. v. United States, protest 894186–G (Los Angeles).

Opinion by CLINE, J.   It was stipulated that a portion of the rice, namely, 3 percent, consists of broken kernels which will pass readily through a metal sieve perforated with round holes five and one-half sixty-fourths of 1 inch in diameter the same as the broken rice covered by *United States* v. *Great Pacific Co. et al.* (23 C. C. P. A. 318, T. D. 48192) and *United States* v. *Kwong Lee Chong Co. et al.* (id. 327, T. D. 48193).   The claim of the plaintiff was therefore sustained.

No. 55578.—Rinaldi Bros. & Co. v. United States, protests 167157–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55579.—Wm. Turino Co. v. United States, protest 167168–K (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55580.—Hudson Shipping Co., Inc. v. United States, protest 168016–K (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 55581.—Air Clearance Assn., Inc., et al. v. United States, protests 169352–K (B), etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55582.—Robert McBratney & Co., Inc. (N. Y.) v. United States, protest 127653–K (New York).

Opinion by EKWALL, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoice should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on the entry involved.